**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-2 ALI SAAD,

Defendant.

Case No. 22-cr-20200 (MAG)(DRG)

Hon. Mark A. Goldsmith

**Stipulated Proposed Order Extending Voluntary Surrender Date**

1. Defendant Ali Saad and the government hereby agree and stipulate to the entry of the proposed order below as follows.

2. On June 18, 2026, this Court sentenced Saad to a period of incarceration.

3. On July 9, 2026, the Federal Bureau of Prisons directed Saad to voluntarily surrender himself at USP Hazleton on August 11, 2026 at 12:00 p.m. (noon).

4. Saad requests a forty-five (45) day extension of his voluntary surrender date so that he may have additional time to make arrangements to fill the caregiving role he currently provides his family.

5. Saad will not ask for another extension.

6. Pursuant to Local Rule 7.1, the government does not oppose the relief requested.

IT IS SO STIPULATED.

For defendant Ali Saad:

*/s/ Patrick J. Hurford*
Patrick J. Hurford
Patrick Hurford PLLC
500 Griswold St. (Suite 2400)
Detroit, MI 48226
Tel: (313) 938-0693
E-mail: patrick@hurford.law

For the United States:

*/s/Jeffrey A. Crapko (with permission)*
Jeffrey A. Crapko
U.S. Dept. of Justice Trial Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(202) 445-9832
Email: jeffrey.crapko@usdoj.gov

Dated: July 24, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-2 ALI SAAD,

Defendant.

Case No. 22-cr-20200 (MAG)(DRG)

Hon. Mark A. Goldsmith

**STIPULATED ORDER**

Based on the parties' stipulation, Defendant Saad seeks to extend his date to voluntarily surrender to USP Hazleton. Defendant's currently assigned surrender date is August 11, 2026. The Court hereby extends that date as follows. Defendant shall report to USP Hazleton on September 25, 2026 at 12:00 p.m. (noon). There will be no additional extensions.

s/ Mark A. Goldsmith
Hon. Mark A. Goldsmith
United States District Judge

Dated: August 6, 2026